445 A.2d 104

**Patricia M. HOFFNER, in her own right, Charlotte and Joseph Hoffner, in their own right, and as parents of Patricia M. Hoffner, and Michelle Marie Hoffner, in her own right, Appellants,**

**v.**

**Claire HODGE, M.D., Paoli Memorial Hospital, Jack C. White, M.D., and William H. Beekley, M.D.**

Supreme Court of Pennsylvania.

Argued April 22, 1982.

Decided May 19, 1982.

James E. Beasley, G. Taylor Tunstall, Jr., Philadelphia, for appellants.

Jerry Zaslow, Philadelphia, for Hodge, M.D.

James Lewis Griffith, Philadelphia, for White, M.D. and Beekley, M.D.

Charles B. Burr, II, John A. Luchsinger, Philadelphia, Raymond J. Falzone, Springfield, for ·Paoli Mem. Hosp.

Before O'BRIEN, C.J., and ROBERTS, NIX, FLAHERTY and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Appeal, 47 Pa.Cmwlth. 277, 407 A.2d 940, dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., did not participate in the consideration or decision of this case.